```
                                                    FILED
                                                   NOV - 6 2012
                                               UNITED STATES MAGISTRATE JUDGE
                                                   DISTRICT OF NEVADA
                                               BY_____ DEPUTY
```

1  DANIEL G. BOGDEN
   United States Attorney
2  J. Gregory Damm
   Assistant United States Attorney
3  333 Las Vegas Blvd. South, Suite 5000
4  Las Vegas, Nevada 89101
   Tele: (702) 388-6336
5  Attorneys for the United States

6

7                          UNITED STATES DISTRICT COURT

8                                 DISTRICT OF NEVADA

9                                         -oOo-

10 UNITED STATES OF AMERICA,        )  CRIMINAL INDICTMENT
                                    )
11                       PLAINTIFF, )  2:12-cr-_416_____
                                    )
12                                  )
        v.                          )  VIOLATION:
13                                  )
14 SAMUEL LYNN DAVIS,               )  18 U.S.C. § 3146(a)(2) - Failure to Surrender
                                    )
15                       DEFENDANT. )
                                    )

16

17 THE SPECIAL GRAND JURY CHARGES THAT:

18      On or about June 27, 2012, in the District of Nevada, the defendant,

19                               SAMUEL LYNN DAVIS,

20 having been released pursuant to chapter 207 of Title 18, United States Code, while awaiting

21 surrender for service of sentence after conviction in the United States District Court of Nevada for

22 a violation of Title 18, United States Code, Section 1956(h), Conspiracy to Commit Money

23 Laundering, a felony, and Title 18, United States Code, Section 1956(a)(3)(A), Money Laundering,

24 all felonies, in Case No. 2:09-CR-078-JCM-RJJ, entitled *United States v. Samuel Lynn Davis*, and

25 having been directed by the court to surrender to Federal Correctional Institute (FCI) Sheridan at

26

27072 Ballston Road, Sheridan, Oregon, in the District of Oregon, did knowingly and willfully fail to surrender for service of sentence as ordered by the court, in violation of 18 U.S.C. § 3146(a)(2).

**DATED**: this _____ of November, 2012.

**A TRUE BILL**:

/s/
FOREPERSON OF THE GRAND JURY

DANIEL G. BOGDEN
United States Attorney

*[signature]*

J. GREGORY DAMM
Assistant United States Attorney