2012 DEC 28 P 2:48

I am: Samuel-lynn:davis
for SAMUEL LYNN DAVIS
#43741048
in care of: Nevada Southern Detention Center
2190 East Mesquite Avenue
Pahrump, NV 89060

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | **CASE NO. 2:12-CR-416-GMN-VCF** |
| **vs** ) | |
| ) | **NOTICE OF INTENT TO ENTER** |
| ) | **CONDITIONAL PLEA OF GUILTY** |
| **SAMUEL LYNN DAVIS,** ) | **UPON PROOF OF CLAIMS** |
| ) | |
| **Defendant.** ) | |
| ) | |

I am: a man known as Samuel-lynn: family of davis, hereinafter "Samuel",coming before the court on behalf of SAMUEL LYNN DAVIS, entity unknown, for the purpose of entering the following conditional plea of guilty in the above entitled and numbered matter. Defendant, SAMUEL LYNN DAVIS, was indicted on or about November 6, 2012 on the charge of failure to surrender pursuant to 18 U.S.C. 3146(a)(2). Defendant appeared before Magistrate Judge Ferenbach on or about November 12, 2012 for arraignment. At arraignment, Judge Ferenbach, over objection, entered a plea of not guilty for the defendant, thereby making a "chose in action", effectively thereby converting as surety on ALL liability for the defendant. Samuel, acting pursuant to the Holy Scriptures and Public Policy, Accepted for Value the indictment and returned it to Judge Ferenbach for settlement, discharge and closure.

The court has now set for trial a matter that has been heretofore settled. In the interests of

settlement, Samuel hereby enters a conditional plea of guilty, in accord with the Holy Scripture, and will make the same unconditionally guilty upon proof of claims that are appearing by actions of the government in this matter: Samuel is ready, willing and able to enter a plea of guilty to the indictment upon proof of claim by the government that:

1) Magistrate Judge Ferenbach, in making a chose in action in the entry of a not guilty plea in this matter, has NOT converted as surety on all liability for the defendant SAMUEL LYNN DAVIS;

2) I, Samuel, has not settled this matter in public policy by accepting for value all charges in the indictment and returning the same for settlement, discharge and closure;

RESPECTFULLY SUBMITTED on this the 26th day of December, 2012.

I am: Samuel-Lynn

for SAMUEL LYNN DAVIS

**CERTIFICATE OF MAILING**

I am: a man known as Samuel-lynn, and on December 26, 2012, I caused to be sent the pleading herein entitled and enclosed Notice of Conditional Plea of Guilty, as well as all documents served in this matter Accepted for Value, to be sent to the Clerk of the Court for appropriate distribution via electronic filing to the Court and the United States Attorney's office by U.S. Mail, first-class.

Respectfully submitted,

I am: Samuel-lynn

**DOCUMENTS LIST**

**NON-NEGOTIABLE-ACCEPTED FOR VALUE**

1) **CRIMINAL INDICTMENT**
2) **GOVERNMENT'S PROPOSED JURY INSTRUCTIONS**
3) **GOVERNMENT'S WITNESS LIST**
4) **GOVERNMENT'S PROPOSED VOIR DIRE QUESTIONS**
5) **GOVERMENT'S WITNESS LIST**
6) **GOVERMENT'S TRIAL MEMORANDUM**
7) **VERDICT FORM**
8) **JUDGE GLORIA M. NAVARRO'S ORDER REGARDING TRIAL**

FILED
NOV - 6 2012
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF NEVADA
BY ______________ DEPUTY

DANIEL G. BOGDEN
United States Attorney
J. Gregory Damm
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Tele: (702) 388-6336 6551
Attorneys for the United States

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL INDICTMENT |
| | ) | |
| PLAINTIFF, | ) | 2:12-cr- 416 |
| v. | ) | VIOLATION: |
| | ) | |
| SAMUEL LYNN DAVIS, | ) | 18 U.S.C. § 3146(a)(2) - Failure to Surrender |
| | ) | |
| DEFENDANT. | ) | |

THE SPECIAL GRAND JURY CHARGES THAT:

On or about June 27, 2012, in the District of Nevada, the defendant,

SAMUEL LYNN DAVIS,

having been released pursuant to chapter 207 of Title 18, United States Code, while awaiting surrender for service of sentence after conviction in the United States District Court of Nevada for a violation of Title 18, United States Code, Section 1956(h), Conspiracy to Commit Money Laundering, a felony, and Title 18, United States Code, Section 1956(a)(3)(A), Money Laundering, all felonies, in Case No. 2:09-CR-078-JCM-RJJ, entitled *United States v. Samuel Lynn Davis*, and having been directed by the court to surrender to Federal Correctional Institute (FCI) Sheridan at

Case 2:12-cr-00416-GMN-VCF Document 1 Filed 11/06/12 Page 2 of 2

27072 Ballston Road, Sheridan, Oregon, in the District of Oregon, did knowingly and willfully fail to surrender for service of sentence as ordered by the court, in violation of 18 U.S.C. § 3146(a)(2).

**DATED**: this ___ of November, 2012.

**A TRUE BILL**

/s/
FOREPERSON OF THE GRAND JURY

DANIEL G. BOGDEN
United States Attorney

J. Gregory Damm

J. GREGORY DAMM
Assistant United States Attorney

Accepted for Value
December 27, 2012
for SAMUEL LYNN DAVIS

DANIEL G. BOGDEN
United States Attorney
District of Nevada
J. Gregory Damm
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Telephone (702) 388-6336
Facsimile (702) 388-5087

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>SAMUEL LYNN DAVIS,<br>Defendant. | 2:12-CR-416-GMN-(VCF)<br>GOVERNMENT'S PROPOSED JURY INSTRUCTIONS |

PROPOSED JURY INSTRUCTIONS

The Government respectfully requests that the Court include in its charge to the jury the following instructions from the Ninth Circuit Manual of Model Jury Instructions - Criminal, 2010 Edition, and other special instructions requested by the Government. The source of each such instruction is reflected on the same.

Non Negotiable
Accepted for Value
returned for settlement, discharge and closure
I am Samuel Lynn Davis
For SEC ... priority stockholder
prepaid account # 519 66 5097
exempt from levy
December 20, 2012

A. General Instructions

1. Duties of Jury to Find Facts and Follow Law (3.1)

2. Charge Against Defendants Not Evidence - Presumption of Innocence -Burden of Proof (3.2)

3. Defendant's Decision Not To Testify (3.3)

4. Defendant's Decision To Testify (3.4)

5. Reasonable Doubt - Defined (3.5)

6. What is Evidence (3.6)

7. What is Not Evidence (3.7)

8. Direct and Circumstantial Evidence (3.8)

9. Credibility of Witnesses (3.9)

10. Activities Not Charged (3.10)

B. Substantive Law

11. Aiding and Abetting (5.1)

12. False Information and Hoaxes - Statute

13. False Information and Hoaxes - Elements

D. Closing Instructions

14. Duty to Deliberate (7.1)

15. Consideration of Evidence - Conduct of the Jury (7.2)

16. Use of Notes (7.3)

17. Jury Consideration of Punishment (7.4)

18. Verdict Form (7.5)

19. Communication with Court (7.6)

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>SAMUEL LYNN DAVIS,<br>Defendant. | 2:12-CR-416-GMN-(VCF)<br><br>GOVERNMENT'S PROPOSED JURY INSTRUCTIONS |

DUTIES OF JURY TO FIND FACTS AND FOLLOW LAW

Members of the jury, now that you have heard all the evidence, it is my duty to instruct you on the law that applies to this case. A copy of these instructions will be available in the jury room for you to consult.

It is your duty to weigh and to evaluate all the evidence received in the case and, in that process, to decide the facts. It is also your duty to apply the law as I give it to you to the facts as you find them, whether you agree with the law or not. You must decide the case solely on the evidence and the law and must not be influenced by any personal likes or dislikes, opinions, prejudices, or sympathy. You will recall that you took an oath promising to do so at the beginning of the case.

You must follow all these instructions and not single out some and ignore others; they are all important. Please do not read into these instructions or into anything I may have said or done any suggestion as to what verdict you should return—that is a matter entirely up to you.

9TH CIR. CRIM. JURY INSTR. 3.1 (2010)

GOVERNMENT'S PROPOSED JURY INSTRUCTION NO. ____

## CHARGE AGAINST DEFENDANT NOT EVIDENCE
## PRESUMPTION OF INNOCENCE - BURDEN OF PROOF

The indictment is not evidence. The defendant has pleaded not guilty to the charge. The defendant is presumed to be innocent unless and until the government proves the defendant guilty beyond a reasonable doubt. In addition, the defendant does not have to testify or present any evidence to prove innocence. The government has the burden of proving every element of the charge beyond a reasonable doubt.

9TH CIR. CRIM. JURY INSTR. 3.2 (2010)

GOVERNMENT'S PROPOSED JURY INSTRUCTION NO. ____

DEFENDANT'S DECISION NOT TO TESTIFY

A defendant in a criminal case has a constitutional right not to testify. You may not draw any inference of any kind from the fact that the defendant did not testify.

9TH CIR. CRIM. JURY INSTR. 3.3 (2010)

GOVERNMENT'S PROPOSED JURY INSTRUCTION NO. ____

Case 2:12-cr-00416-GMN-VCF Document 8 Filed 12/17/12 Page 6 of 23

## DEFENDANT'S DECISION TO TESTIFY

The defendant has testified. You should treat this testimony just as you would the testimony of any other witness.

9TH CIR. CRIM. JURY INSTR. 3.4 (2010)

GOVERNMENT'S PROPOSED JURY INSTRUCTION NO. ____

Case 2:12-cr-00416-GMN-VCF Document 8 Filed 12/17/12 Page 7 of 23

REASONABLE DOUBT - DEFINED

Proof beyond a reasonable doubt is proof that leaves you firmly convinced the defendant is guilty. It is not required that the government prove guilt beyond all possible doubt.

A reasonable doubt is a doubt based upon reason and common sense and is not based purely on speculation. It may arise from a careful and impartial consideration of all the evidence, or from lack of evidence.

If after a careful and impartial consideration of all the evidence, you are not convinced beyond a reasonable doubt that the defendant is guilty, it is your duty to find the defendant not guilty. On the other hand, if after a careful and impartial consideration of all the evidence, you are convinced beyond a reasonable doubt that the defendant is guilty, it is your duty to find the defendant guilty.

9TH CIR. CRIM. JURY INSTR. 3.5 (2010)

GOVERNMENT'S PROPOSED JURY INSTRUCTION NO. ____

## WHAT IS EVIDENCE

The evidence you are to consider in deciding what the facts are consists of:

(1) the sworn testimony of any witness; and

(2) the exhibits received in evidence; and

(3) any facts to which the parties have agreed.

9TH CIR. CRIM. JURY INSTR. 3.6 (2010)

GOVERNMENT'S PROPOSED JURY INSTRUCTION NO. ____

## WHAT IS NOT EVIDENCE

In reaching your verdict you may consider only the testimony and exhibits received in evidence. The following things are not evidence and you may not consider them in deciding what the facts are:

1. Questions, statements, objections, and arguments by the lawyers are not evidence. The lawyers are not witnesses. Although you must consider a lawyer's questions to understand the answers of a witness, the lawyer's questions are not evidence. Similarly, what the lawyers have said in their opening statements, will say in their closing arguments and at other times is intended to help you interpret the evidence, but it is not evidence. If the facts as you remember them differ from the way the lawyers state them, your memory of them controls.

2. Any testimony that I have excluded, stricken, or instructed you to disregard is not evidence. In addition, some evidence was received only for a limited purpose; when I have instructed you to consider certain evidence in a limited way, you must do so.

3. Anything you may have seen or heard when the court was not in session is not evidence. You are to decide the case solely on the evidence received at the trial.

9TH CIR. CRIM. JURY INSTR. 3.7 (2010)
GOVERNMENT'S PROPOSED JURY INSTRUCTION NO. ____

DIRECT AND CIRCUMSTANTIAL EVIDENCE

Evidence may be direct or circumstantial. Direct evidence is direct proof of a fact, such as testimony by a witness about what that witness personally saw or heard or did. Circumstantial evidence is indirect evidence, that is, it is proof of one or more facts from which you can find another fact.

You are to consider both direct and circumstantial evidence. Either can be used to prove any fact. The law makes no distinction between the weight to be given to either direct or circumstantial evidence. It is for you to decide how much weight to give to any evidence.

9TH CIR. CRIM. JURY INSTR. 3.8 (2010)

GOVERNMENT'S PROPOSED JURY INSTRUCTION NO. ____

## CREDIBILITY OF WITNESSES

In deciding the facts in this case, you may have to decide which testimony to believe and which testimony not to believe. You may believe everything a witness says, or part of it, or none of it.

In considering the testimony of any witness, you may take into account:

(1) the witness's opportunity and ability to see or hear or know the things testified to;

(2) the witness's memory;

(3) the witness's manner while testifying;

(4) the witness's interest in the outcome of the case, if any;

(5) the witness's bias or prejudice, if any;

(6) whether other evidence contradicted the witness's testimony;

(7) the reasonableness of the witness's testimony in light of all the evidence; and

(8) any other factors that bear on believability.

The weight of the evidence as to a fact does not necessarily depend on the number of witnesses who testify. What is important is how believable the witnesses were, and how much weight you think their testimony deserves.

9TH CIR. CRIM. JURY INSTR. 3.9 (2010)

GOVERNMENT'S PROPOSED JURY INSTRUCTION NO. ____

Case 2:12-cr-00416-GMN-VCF Document 8 Filed 12/17/12 Page 12 of 23

## ACTIVITIES NOT CHARGED

You are here only to determine whether the defendant is guilty or not guilty of the charges in the indictment. The defendant is not on trial for any conduct or offense not charged in the indictment.

9TH CIR. CRIM. JURY INSTR. 3.10 (2010)

GOVERNMENT'S PROPOSED JURY INSTRUCTION NO. ____

## FAILURE TO SURRENDER

Title 18, United States Code, Section 3146(a)(2) provides, in part, as follows:

Whoever, having been released under this chapter knowingly - fails to surrender for service of sentence pursuant to a court order [shall be guilty of an offense against the United States.]

Title 18, United States Code, Section 3146(a)(2)

GOVERNMENT'S PROPOSED JURY INSTRUCTION NO. ____

## FAILURE TO SURRENDER - ELEMENTS

The defendant is charged in the Indictment with failure to surrender in violation of Section 3146(a)(2) of Title 18 of the United States Code. In order for the defendant to be found guilty of that charge, the government must prove each of the following elements beyond a reasonable doubt:

One: the defendant was sentenced to a term of imprisonment;

Two: the defendant was ordered to surrender for service of the sentence on June 27, 2012;

Three: the defendant knew of the order to surrender; and,

Four: the defendant intentionally failed to surrender as ordered.

9TH CIR. CRIM. JURY INSTR. 8.195 (2010)

GOVERNMENT'S PROPOSED JURY INSTRUCTION NO. ____

## DUTY TO DELIBERATE

When you begin your deliberations, elect one member of the jury as your foreperson who will preside over the deliberations and speak for you here in court.

You will then discuss the case with your fellow jurors to reach agreement if you can do so. Your verdict, whether guilty or not guilty, must be unanimous.

Each of you must decide the case for yourself, but you should do so only after you have considered all the evidence, discussed it fully with the other jurors, and listened to the views of your fellow jurors.

Do not be afraid to change your opinion if the discussion persuades you that you should. But do not come to a decision simply because other jurors think it is right.

It is important that you attempt to reach a unanimous verdict but, of course, only if each of you can do so after having made your own conscientious decision. Do not change an honest belief about the weight and effect of the evidence simply to reach a verdict.

9TH CIR. CRIM. JURY INSTR. 7.1 (2010)
GOVERNMENT'S PROPOSED JURY INSTRUCTION NO. ____

CONSIDERATION OF EVIDENCE- CONDUCT OF THE JURY

Because you must base your verdict only on the evidence received in the case and on these instructions, I remind you that you must not be exposed to any other information about the case or to the issues it involves. Except for discussing the case with your fellow jurors during your deliberations:

Do not communicate with anyone in any way and do not let anyone else communicate with you in any way about the merits of the case or anything to do with it. This includes discussing the case in person, in writing, by phone or electronic means, via email, text messaging, or any Internet chat room, blog, website or other feature. This applies to communicating with your family members, your employer, the media or press, and the people involved in the trial. If you are asked or approached in any way about your jury service or anything about this case, you must respond that you have been ordered not to discuss the matter and to report the contact to the court.

Do not read, watch, or listen to any news or media accounts or commentary about the case or anything to do with it; do not do any research, such as consulting dictionaries, searching the Internet or using other reference materials; and do not make any investigation or in any other way try to learn about the case on your own.

The law requires these restrictions to ensure the parties have a fair trial based on the same evidence that each party has had an opportunity to address. A juror who violates these restrictions jeopardizes the fairness of these proceedings, and a mistrial could result that would require the entire trial process to start over. If any juror is exposed to any outside information, please notify the court immediately.

9TH CIR. CRIM. JURY INSTR. 7.2 (2010)

GOVERNMENT'S PROPOSED JURY INSTRUCTION NO. ____

USE OF NOTES

Some of you have taken notes during the trial. Whether or not you took notes, you should rely on your own memory of what was said. Notes are only to assist your memory. You should not be overly influenced by your notes or those of your fellow jurors.

9TH CIR. CRIM. JURY INSTR. 7.3 (2010)
GOVERNMENT'S PROPOSED JURY INSTRUCTION NO. ____

## JURY CONSIDERATION OF PUNISHMENT

The punishment provided by law for this crime is for the court to decide. You may not consider punishment in deciding whether the government has proved its case against the defendant beyond a reasonable doubt.

9TH CIR. CRIM. JURY INSTR. 7.4 (2010)

GOVERNMENT'S PROPOSED JURY INSTRUCTION NO. ____

Case 2:12-cr-00416-GMN-VCF Document 8 Filed 12/17/12 Page 20 of 23

VERDICT FORM

A verdict form has been prepared for you. After you have reached unanimous agreement on a verdict, your foreperson should complete the verdict form according to your deliberations, sign and date it, and advise the bailiff that you are ready to return to the courtroom.

9TH CIR. CRIM. JURY INSTR. 7.5 (2010)

GOVERNMENT'S PROPOSED JURY INSTRUCTION NO. ____

## COMMUNICATION WITH COURT

If it becomes necessary during your deliberations to communicate with me, you may send a note through the bailiff, signed by any one or more of you. No member of the jury should ever attempt to communicate with me except by a signed writing, and I will respond to the jury concerning the case only in writing or here in open court. If you send out a question, I will consult with the lawyers before answering it, which may take some time. You may continue your deliberations while waiting for the answer to any question. Remember that you are not to tell anyone—including me—how the jury stands, numerically or otherwise, on any question submitted to you, including the question of the guilt of the defendant, until after you have reached a unanimous verdict or have been discharged.

9TH CIR. CRIM. JURY INSTR. 7.6 (2010)
GOVERNMENT'S PROPOSED JURY INSTRUCTION NO. ____

## ADDITIONAL INSTRUCTIONS DURING TRIAL

Due to the potential issues that may arise before a trial, leave is respectfully requested to include such other additional instructions as the Government deems appropriate during the course of the trial.

DATED this 14th day of December, 2012.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/ J. Gregory Damm

J. GREGORY DAMM
Assistant United States Attorney

Non Negotiable
Accepted for Value
I am: Samuel-lynn: Wilkins
for SAMUEL L WILKINS
prepaid acct # [illegible]
exempt from Levy
December 24, 2012

Certificate of Service

I, J. Gregory Damm, hereby certify that I am an employee of the United States Department of Justice, and that on this day I served a copy of the following: GOVERNMENT'S PROPOSED JURY INSTRUCTIONS, in this matter by electronically filing same and mailing a copy postage prepaid to Samuel Lynn Davis, Inmate # 43741-048, Nevada Southern Detention Center, 2190 E. Mesquite Ave., Pahrump, NV 89060-3427.

Dated: December 14, 2012

/s/
J. Gregory Damm
Assistant United States Attorney
District of Nevada

DANIEL G. BOGDEN
United States Attorney
District of Nevada
J. GREGORY DAMM
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-5087

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

UNITED STATES OF AMERICA, Plaintiff,

vs.

SAMUEL LYNN DAVIS, Defendant.

2:12-CR-416-GMN-(VCF)

GOVERNMENT'S WITNESS LIST

The United States of America, through its undersigned counsel, respectfully submits its witness list for this case.

WITNESSES

The United States anticipates calling the following witnesses:

1. Corey Bristol - Chief Deputy, Mountrail County Sheriff's Department, Stanley, North Dakota.

2. Michael Cavener - Deputy United States Marshal, District of Nevada.

3. Jaime B. Stroup - Pretrial Services Officer, District of Nevada.

DATED this 14th day of December, 2012.

Respectfully submitted,
DANIEL G. BOGDEN
United States Attorney

/s/ J. Gregory Damm
_______________________
J. GREGORY DAMM
Assistant United States Attorney

accepted for value
Dan: Samuel-Lynn: Davis
For SAMUEL LYNN DAVIS
prepaid acct # 519665[illegible]
December 27, 2012

## Certificate Of Service

I, J. Gregory Damm, hereby certify that I am an employee of the United States Department of Justice, and that on this day I served a copy of the following: Government's Witness List, by electronically filing the same in the CM/ECF system and mailing a copy postage prepaid to Samuel Lynn Davis, Inmate # 43741-048, Nevada Southern Detention Center, 2190 E. Mesquite Ave., Pahrump, NV 89060-3427.

Dated: 12/14/2012

/s/
J. Gregory Damm
Assistant United States Attorney
District of Nevada

DANIEL G. BOGDEN
United States Attorney
District of Nevada
J. Gregory Damm
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-5087

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. SAMUEL LYNN DAVIS, Defendant. | 2:12-CR-416-GMN-(VCF) GOVERNMENT'S PROPOSED VOIR DIRE QUESTIONS |

COMES NOW the United States of America, by and through DANIEL G. BOGDEN, United States Attorney, and J. Gregory Damm, Assistant United States Attorney, and respectfully files its Proposed Voir Dire Questions for the Court's consideration.

1. Have any of you ever served as a juror:
   - in a civil or criminal case?
   - if so, what court?
   - did the jury reach a verdict?
2. Have you ever testified in court or been a party to any legal proceedings where you had to go to court? If so, do you understand that there is a difference between civil and criminal cases?

3. Have any of you, members of your family, or close friends ever been a party to a lawsuit involving the local, state, or federal government? If so, please explain.

4. Have you or any of your close friends or relatives ever been a victim of a crime? If so, please explain.

5. Have you or any member of your family or any close friend ever had a direct interest in the outcome of a criminal case? If so, might that cause you to be unfair either to the United States or the defendant?

6. Do any of you know the defendant: Samuel Lynn Davis, or anyone in his family?

7. The United States is represented by Assistant United States Attorney J. Gregory Damm. Do any of you know him?

8. Special Agents of the IRS, FBI, and U.S. Marshal's Office will be assisting the government prosecutor in this case. Do any of you know anyone associated with the IRS, FBI or U.S. Marshal's Office?

9. The following people may be called as witnesses in this case. Please raise your hand if, upon hearing the names of witnesses, you believe that you know any of the witnesses. [Read government's and defendant's witness lists.]

10. To what extent, if any, have any of you read or heard any publicity or news relating to this trial? Is there anything in particular that you have read or heard that has caused you to form an opinion as to the guilt or innocence of the defendant, or that might influence your deliberations?

11. Do any of you have any personal knowledge of the facts in this case other than what you have heard in this courtroom?

12. Do any of you hold strong personal or philosophical feelings about the federal government of the United States? If so, what are those feelings?

13. Do any of you believe that the criminal laws of the United States are unconstitutional?

14. Do any of you feel that it is wrong for government to prosecute criminal cases?

15. Do any of you have any disagreement with the idea that everyone is obligated to obey the laws of this country?

16. Do any of you feel that violations of laws prohibiting conspiracy, money laundering or failure to surrender should not be prosecuted as crimes by the United States?

17. Have you, or your relatives or close friends, to the best of your knowledge, ever been investigated by the IRS, FBI or another federal agency?
    a. If so, were you satisfied with how the investigation was handled?
    b. If so, how would that affect your ability to hear the evidence in this case?

18. Have any of you had any training in accounting or law?

    a. What kind of training?

    b. Would that training affect your ability to follow the court's instructions on the law that should be applied in this case?

19. Do you have nay feeling or opinions about the United States government, the IRS, FBI, or law enforcement officials, in general, which would affect your ability to be impartial?

20. Would you be inclined to either believe or disbelieve the testimony of an employee of the IRS or FBI solely because that person is employed by the IRS or FBI?

21. Do any of you believe that it would be nearly impossible for the Government to prove a person's guilt beyond and reasonable doubt?

22. Is there anyone who thinks the burden of proof beyond a reasonable doubt is too heavy or that it is asking too much for the Government to meet this burden?

23. Has any juror had an unpleasant experience with any federal, state, or local law enforcement officer?

24. Have you or any relative or close friend ever been involved in an investigation by federal or state authorities, including any grand jury, congressional, or legislative investigation?

25. Does any juror have any feelings regarding the United States, the U.S. Department of Justice, the United States Attorney's Office, the IRS, the FBI or other federal agencies that would affect your ability to sit as a juror in this case and listen impartially to the evidence and render a verdict according to that evidence? Have you ever had a dispute with the IRS or FBI or a department or agency of the United States that was not handled to your satisfaction?

26. Do any of you have a philosophical or religious belief that would prevent you from judging the evidence and deciding a person's guilt or innocence?

27. Would any of you be willing to disobey the judge's instructions of law simply because they are different from your own understanding of what the law is or should be?

28. Can any of you think of any reason why you may not be able to render a fair and impartial verdict based solely on the evidence presented if you are chosen to sit on this jury?

29. Do you have any difficulty with your hearing, sight, or any other medical problem which might impair your ability to devote your full attention to this trial?

///

///

///

30. This trial is expected to last approximately one day. Do any of you anticipate that the duration of this trial would cause any severe hardship or difficulty for you because of your employment, family status, health or other reasons?

DATED this 14th day of December 2012.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/ J. Gregory Damm
J. GREGORY DAMM
Assistant United States Attorney

Accepted for value

SAMUEL LYNN DAVIS

December 27, 2012

Certificate Of Service

I, J. Gregory Damm, hereby certify that I am an employee of the United States Department of Justice, and that on this day I served a copy of the following: Government's Proposed Voir Dire Questions, by electronically filing the same in the CM/ECF system and mailing a copy postage prepaid to Samuel Lynn Davis, Inmate # 43741-048, Nevada Southern Detention Center, 2190 E. Mesquite Ave., Pahrump, NV 89060-3427.

Dated: 12/14/2012

/s/
J. Gregory Damm
Assistant United States Attorney
District of Nevada

Case 2:12-cr-00416-GMN-VCF Document 7 Filed 12/17/12 Page 1 of 5

DANIEL G. BOGDEN
United States Attorney
District of Nevada
J. GREGORY DAMM
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-5087

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>SAMUEL LYNN DAVIS,<br>Defendant. | 2:12-CR-416-GMN-(VCF)<br>GOVERNMENT'S EXHIBIT LIST |

The United States of America, through its undersigned counsel, respectfully submits its exhibit list for this case.

DATED this 14th day of December, 2012.

Respectfully submitted,
DANIEL G. BOGDEN
United States Attorney

/s/ J. Gregory Damm

J. GREGORY DAMM
Assistant United States Attorney

Certificate Of Service

I, J. Gregory Damm, hereby certify that I am an employee of the United States Department of Justice, and that on this day I served a copy of the following: Government's Exhibit List, via postage prepaid to Samuel Lynn Davis, Inmate # 43741-048, Nevada Southern Detention Center, 2190 E. Mesquite Ave., Pahrump, NV 89060-3427.

Dated: 12/14/2012

/s/
J. Gregory Damm
Assistant United States Attorney
District of Nevada

Exhibit List

Case No. 2:12-CR-416-GMN-VCF Page 1

United States of America v. Samuel Lynn Davis

Exhibits on behalf of: Government

| Date Admitted | Date Marked | No. | Witness | Description |
|---|---|---|---|---|
| | | 1 | | Criminal Docket Sheet - 2:09-CR-078-JCM-RJJ |
| | | 2 | | Criminal Indictment - 2:09-CR-078-JCM-RJJ CR # 1 |
| | | 3 | | Minutes of Proceedings - 2:09-CR-078-JCM-RJJ CR # 10 |
| | | 4 | | Minutes of Proceedings - 2:09-CR-078-JCM-RJJ CR # 191 - Change of Plea |
| | | 5 | | Minutes of Proceedings - 2:09-CR-078-JCM-RJJ CR # 204 - Sentencing and Disposition |
| | | 6 | | Minutes of Proceedings - 2:09-CR-078-JCM-RJJ CR # 207 - Judgement |
| | | 7 | | Minutes of Proceedings - 2:09-CR-078-JCM-RJJ CR # 224 - Motion to Extend Time |
| | | 8 | | Order - 2:09-CR-078-JCM-RJJ - CR # 228 - Granting Motion to Extend Time |
| | | 9 | | Minutes of Proceedings - 2:09-CR-078-JCM-RJJ CR # 238 - Motion to Extend Time (Second Request) |
| | | | | |

Exhibit List

Case No. 2:12-CR-416-GMN-VCF Page 2

United States of America v. Samuel Lynn Davis

Exhibits on behalf of: Government

| Date Admitted | Date Marked | No. | Witness | Description |
|---|---|---|---|---|
| | | 10 | | Order - 2:09-CR-078-JCM-RJJ - CR # 239 - Granting Motion to Extend Time |
| | | 11 | | Motion to Withdraw as Attorney - 2:09-CR-078-JCM-RJJ - CR # 245 |
| | | 12 | | Petition for Warrant - 2:09-CR-078-JCM-RJJ - CR # 249 / 253 |
| | | 13 | | Arrest of Samuel Davis in District of North Dakota 2:09-CR-078-JCM-RJJ - 08/07/2012 |
| | | 14 | | Warrant Returned Executed - 2:09-CR-078-JCM-RJJ - CR # 287 |
| | | 15 | | Rule 5(c)(3) Documents Received - 2:09-CR-078-JCM-RJJ - CR # 288 |
| | | 16 | | Motion for Hearing - 2:09-CR-078-JCM-RJJ - CR # 291 |
| | | 17 | | Order Denying Motion to Place on Calendar 2:09-CR-078-JCM-RJJ - CR # 292 |
| | | 18 | | Motion to be Heard - 2:09-CR-078-JCM-RJJ - CR # 303 |
| | | 19 | | Order Denying Motion - 2:09-CR-078-JCM-RJJ - CR # 305 |

Exhibit List

Case No. 2:12-CR-416-GMN-VCF



United States of America v. Samuel Lynn Davis

Exhibits on behalf of: Government

| Date Admitted | Date Marked | No. | Witness | Description |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

DANIEL G. BOGDEN
United States Attorney
District of Nevada
J. GREGORY DAMM
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-5087

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. SAMUEL LYNN DAVIS, Defendant. | ) | 2:12-CR-416-GMN-(VCF) GOVERNMENT'S TRIAL MEMORANDUM |

The United States of America, through its undersigned counsel, respectfully submits its trial memorandum for this case.

I

STATEMENT OF THE CASE

Samuel Lynn Davis is charged with one count of Failure to Surrender, in violation of 18 U.S.C. § 3146(a)(2).

///

///

///

Non Negotiable
Accepted for Value
returned for settlement, discharge
and closure
Samuel-lynn: Davis
I am Samuel Lynn Davis
for prepaid acct # 519 16 5897
exempt from levy
priority stockholder
December 24th

II

STATEMENT OF FACTS

1. On March 3, 2009, a thirty-one count Criminal Indictment was filed under seal in the United States District Court, District of Nevada, Las Vegas. The Criminal Indictment charged Samuel Davis and Shawn Rice in Count One with Conspiracy to Commit Money Laundering, in violation of 18 U.S.C. § 1956(h), which began from on or about September 20, 2008, and continued until on or about March 3, 2009. Counts Two through Thirty-One charged the defendants with Money Laundering; Aiding and Abetting, in violation of 18 U.S.C. § 1956(a)(3)(A) and § 2. In addition to Count One, Davis was charged in Counts Two through Thirty-One. In addition to Count One, Rice was charged in Counts Nineteen through Thirty-One. Counts Two through Thirty-One charged offenses beginning on or about May 2, 2008, to on or about January 5, 2009. On March 6, 2009, both defendants made their initial appearance in this case and were released on PR bonds with Pretrial Services supervision. CR # 10.

2. On March 25, 2011, the defendant, representing himself with Todd Leventhal as stand-by counsel, appeared before the Honorable James C. Mahan, United States District Judge, and pleaded guilty to Counts One through Thirty-One of the Criminal Indictment, without the benefit of a Plea Agreement. CR # 191. Sentencing was held on October 27, 2011, with the defendant being sentenced to 57-months in custody with a reporting date of January 31, 2012. CR # 204, 215. On November 1, 2011, the Judgment of Conviction was entered against the defendant. CR # 207.

3. On January 30, 2012, the Honorable James C. Mahan extended the defendant's self-surrender date to April 27, 2012. CR # 228.

4. On April 23, 2012, the Honorable James C. Mahan again extended the defendant's self-surrender date to June 27, 2012. CR # 239.

5. On June 21, 2012, the defendant's attorney filed a Motion to Withdraw as Attorney of Record for the defendant with an attached exhibit entitled Notice of Claim signed by the defendant's wife, Roberta Ruth Davis. CR # 245. The Notice of Claim was supported by a Marriage License from the State of Idaho and essentially maintained that this marriage license provided a superior claim to the body of the defendant Samuel Lynn Davis and contained a proposed order for Judge Mahan which released the defendant to the "care and custody" of his wife and "adjourned" the criminal case subject to "periodic review of the Court." Judge Mahan did not address this Notice of Claim filed with defense counsel's Motion to Withdraw. Attached as an exhibit to the Notice of Claim was a letter from the United States Marshal Service dated June 13, 2012, which advised the defendant that he was to report to FCI Sheridan, 27072 Ballston Road, Sheridan, Oregon 97378 on June 27, 2012, before 12:00 p.m.

6. On June 27, 2012, the defendant failed to surrender as ordered by the Court. On June 29, 2012, a Warrant of Arrest was issued for the defendant based upon violations of his pretrial release conditions. CR # 254.

7. On August 7, 2012, the defendant was arrested in White Earth, North Dakota. CR # 287.

8. On August 20, 2012, the defendant made his first appearance in the District of Nevada, and requested a two-day continuance in order to attempt to retain his previously appointed (CR # 20, 62, 158, 175, 182, 183, 245) defense attorney, Todd Leventhal. CR # 289.

9. On August 21, 2012, the defendant's wife filed a Motion To Place On Calendar her previous Notice of Claim (CR # 245) regarding the defendant due to her Idaho State Marriage License. On August 22, 2012, this Motion To Place On Calendar was denied. CR # 292.

III

PERTINENT LAW

The Statute

Title 18, United States Code, Section 3146(a)(2) provides, in part, as follows:

Whoever, having been released under this chapter knowingly - fails to surrender for service of sentence pursuant to a court order [shall be guilty of an offense against the United States.]

The Elements

The defendant is charged in the Indictment with failure to surrender in violation of Section 3146(a)(2) of Title 18 of the United States Code. In order for the defendant to be found guilty of that charge, the government must prove each of the following elements beyond a reasonable doubt:

One: the defendant was sentenced to a term of imprisonment;

Two: the defendant was ordered to surrender for service of the sentence on June 27, 2012;

Three: the defendant knew of the order to surrender; and,

Four: the defendant intentionally failed to surrender as ordered.

9TH CIR. CRIM. JURY INSTR. 8.195 (2010)

IV

POTENTIAL LEGAL ISSUES

The Government is not aware of any complicated or unusual legal issues involving evidence or anticipated witness testimony. However, the Government anticipates the following legal principles to be relevant in the Court's decisions if such issues arise during the trial.

a. Waiver of Motions

Under Rule 12 (b) of The Federal Rules of Criminal Procedure certain motions are considered waived if they were not raised prior to trial. These motions include:

(1) Defenses and objections based on defects in the institution of the prosecution; or

(2) Defenses and objections based on defects in the indictment or information; or

(3) Motions to suppress evidence; or

(4) Requests for discovery under Rule 16; or

(5) Requests for a severance of charges or defendants under Rule 14.

b. Judicial Notice

Federal Rule of Evidence 201. Judicial Notice of Adjudicative Facts

(a) Scope. This rule governs judicial notice of an adjudicative fact only, not a legislative fact.

(b) Kinds of Facts That May Be Judicially Noticed. The court may judicially notice a fact that is not subject to reasonable dispute because it:

(1) is generally known within the trial court's territorial jurisdiction; or

(2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.

(c) Taking Notice. The court:

(1) may take judicial notice on its own; or

(2) must take judicial notice if a party requests it and the court is supplied with the necessary information.

(d) Timing. The court may take judicial notice at any stage of the proceeding.

(e) Opportunity to Be Heard. On timely request, a party is entitled to be heard on the propriety of taking judicial notice and the nature of the fact to be noticed. If the court takes judicial notice before notifying a party, the party, on request, is still entitled to be heard.

(f) Instructing the Jury. In a civil case, the court must instruct the jury to accept the noticed fact as conclusive. In a criminal case, the court must instruct the jury that it may or may not accept the noticed fact as conclusive.

Ninth Circuit Court of Appeal Cases

[The court] "may take judicial notice of undisputed matters of public record, *Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir.2001), including documents on file in federal or state courts. *See Bennett v. Medtronic, Inc.*, 285 F.3d 801, 803 n. 2 (9th Cir.2002).

*Harris v. County of Orange*, 682 F.3d 1126, 1132 (9th Cir. 2012).

V

WITNESSES

The United States anticipates calling the following witnesses:

1. Corey Bristol - Chief Deputy, Mountrail County Sheriff's Department, Stanley, North Dakota.

2. Michael Cavener - Deputy United States Marshal, District of Nevada.

3. Jaime B. Stroup - Pretrial Services Officer, District of Nevada.

VI

CERTIFICATE OF READINESS FOR TRIAL

The undersigned hereby certifies that he is the trial counsel for the United States herein; that subpoenas have been issued for all non-governmental employees who will testify herein, and that the matter is ready for trial on the date set.

DATED this 14th day of December, 2012.

Respectfully submitted,
DANIEL G. BOGDEN
United States Attorney

/s/ J. Gregory Damm

J. GREGORY DAMM
Assistant United States Attorney

This declaration certifies that the foregoing Government's Trial Memorandum will be personally served upon defense counsel prior to commencement of trial.

/s/ J. Gregory Damm

J. GREGORY DAMM
Assistant United States Attorney

Non negotiable accepted for value and returned for settlement and closure. I am: Samuel Lynn Davis for SAMUEL LYNN DAVIS prepaid account exempt from levy, priority stockholder December 23, 2012

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

SAMUEL LYNN DAVIS,

Defendant.

Case No. 2:12-CR-416-GMN-VCF

**VERDICT**

We, the jury in the above entitled case, upon our oaths, do say:

**1.** That we find the Defendant, SAMUEL LYNN DAVIS,

________________ of the offense of Failure to Surrender,
**(Not Guilty - Guilty)**

as charged in **Count One** of the Indictment herein.

DATED this _____ day of ________________ 2012.

____________________________

FOREPERSON

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,
Plaintiff,
vs.
SAMUEL LYNN DAVIS,
Defendant.

JUDGE GLORIA M. NAVARRO'S ORDER REGARDING TRIAL

2:12-cr-00416-GMN-VCF

1. Attached hereto is a list of the civil and criminal cases that are presently scheduled for the stacked trial calendar before the Honorable Gloria M. Navarro, U.S. District Judge, at Las Vegas, Nevada commencing on **TUESDAY, January 8, 2013, at 8:30 a.m. in Courtroom 7D**.

2. Counsel for all parties and all pro se parties shall appear in **Courtroom 7D** on **THURSDAY, January 3, 2013, at 9:00 a.m.** for Calendar Call. Unless a party in a civil case is appearing pro se, the individual parties will not be required to appear for Calendar Call, unless the Court directs otherwise. Defendants in criminal cases will be required to appear for Calendar Call, unless the Court directs otherwise.

3. Counsel or their clients will be excused from Calendar Call if settlement papers have been filed in a civil case or a defendant's plea of guilty or nolo contendere has been accepted in a criminal case prior to the date scheduled for Calendar Call.

4. At the Calendar Call, all cases that remain to be tried will be ranked in order of trial. Thereafter, the Court will not grant a continuance to any party absent a showing of good cause. Unless the Court otherwise directs, the cases will be tried one after the other on **TWENTY-FOUR (24) HOURS'** notice from the clerk.

5. CHANGE OF PLEA HEARINGS. Hearings for the purpose of **change of plea** in criminal cases **will follow Calendar Call unless otherwise set**. It shall be the joint responsibility of counsel for Plaintiff United States and for Defendant to ensure that a copy of the plea agreement is emailed to the Courtroom Administrator at *Mike_Zadina@nvd.uscourts.gov* and a copy emailed to chambers at *GMN_Chambers@nvd.uscourts.gov*, **not later than 12:00 p.m. on THURSDAY,**

**December 27, 2012.** It shall further be the responsibility of counsel for Plaintiff United States to ensure that any necessary produce orders are timely delivered to the United States Marshal to ensure the presence of all defendants who are in custody for change of plea, and to ensure proper notification for the attendance of any court interpreter who may be required for the particular case.

6. PRETRIAL CONFERENCE. At the request of any party, or at the direction of the Court, a Pretrial Conference may be scheduled for any case. Requests by the parties should be made to the Courtroom Administrator by no later than two (2) weeks before Calendar Call.

7. WITNESSES. Counsel, and any parties appearing pro se, shall immediately subpoena all witnesses for the time and trial date as listed above. Inasmuch as the cases will be tried in a trailing fashion, the subpoenas should contain a special instruction from counsel directing witnesses to contact the **office of counsel** for further instructions prior to appearing for trial. Witnesses are not required to be present at the Calendar Call.

8. **On or before THURSDAY, December 27, 2012,** and to the extent they haven't already done so in accordance with the Court's Joint Pretrial Order, or other order, **COUNSEL FOR ALL PARTIES, AND ANY PARTY APPEARING PRO SE, SHALL COMPLY WITH THE FOLLOWING:**

a. **STIPULATIONS FOR CONTINUANCE OF TRIAL DATE.** Shall file with the Clerk of Court all stipulations for continuance of trial date. Stipulations shall conform with the requirements of LR 6-1 and LR 7-1, or LCR 45-1 and LCR 45-4, as appropriate.

b. **MOTIONS IN LIMINE.** In criminal cases, shall file the original of all motions in limine with the Clerk of Court. Response(s) shall be due **not later than 4:00 p.m. on the Tuesday following Calendar Call.** If, as a result of a Monday holiday, Calendar Call is held on a Tuesday, then Response(s) shall be due not later than 4:00 p.m. on Wednesday. Replies will be allowed only with leave of the Court. In civil cases, shall file the original of all motions in limine and oppositions thereto with the Clerk of Court as prescribed in Local Rule 16-3.

c. **STATEMENT OF THE CASE.** Shall file with the Clerk of Court a brief statement of the case, no longer than one-half page, stating the nature of the claims and defenses, to be read to prospective jurors at the time of jury selection. In a criminal case, a copy of the Indictment, indicating which portions should be read to the jury, will satisfy this requirement.

d. **SUGGESTED VOIR DIRE QUESTIONS**: Shall file with the Clerk of Court all suggested voir dire questions to be asked of the jury panel by the Court.

e. **WITNESS LISTS**. Shall file with the Clerk of Court the original list of witnesses expected to be called on behalf of each party for use by the Court during jury selection.

f. **EXHIBIT LISTS**. Shall file with the Clerk of Court the original complete exhibit list of all exhibits intended to be used during the trial. At the same time, each party shall serve upon all other parties a copy of the same. The exhibits are to be listed on a form provided by the Clerk's Office, or obtained from the Court's website *www.nvd.uscourts.gov* and may be computer-generated, if they conform to the requirements of the form that is provided by the clerk.

g. **MARKING EXHIBITS**. Shall meet, confer, pre-mark and exchange all trial exhibits. Plaintiffs shall use numerals 1 through 500 and Defendants shall use numerals 501 through 1,000. Exhibits that are on the same subject matter may be marked as a series, that is, Plaintiffs 1-A, 1-B, etc. and Defendants 501-A, 501-B, etc. Counsel shall notify the Courtroom Administrator that the exhibits have been pre-marked.

h. **EXHIBIT BINDERS.** If a party's total documentary exhibits exceed 15 pages, the party's exhibits are to be placed in a 3-ring binder with numbered dividers. The binder shall be clearly marked on the front and side with the case caption and number and the sequence of exhibits. At the commencement of trial, counsel shall provide the Courtroom Administrator with the binder containing the original exhibits and a courtesy set for the trial judge. The exhibits shall remain in the custody of the clerk, unless otherwise ordered.

i. **JURY INSTRUCTIONS**. Shall jointly file with the Clerk of Court one (1) original set of agreed upon jury instructions and proposed verdict forms. A copy of the agreed upon jury instructions and verdict forms shall also be submitted in **Microsoft Word** format to chambers by email to *GMN_Chambers@nvd.uscourts.gov*. The parties shall submit additional proposed jury instructions and verdict forms in **Word** format to chambers by email at the same email address. The latter must include the authority and argument for each instruction. Any modifications of instructions from statutory authority, the Ninth Circuit Manual of Model Jury Instructions, or any other model instructions, must specifically state the modification made to the original source and the authority and

argument supporting the modification.

j. **<u>CIVIL CASES: TRIAL BRIEFS AND PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW</u>**. Shall file with the Clerk of Court a Trial Brief in all civil cases. Additionally, in all civil cases to be tried before the Court sitting without a jury, the parties shall file proposed Findings of Fact and Conclusions of Law. The proposed Findings and Conclusions shall also be submitted to chambers by email to *GMN_Chambers@nvd.uscourts.gov* in **Microsoft Word** format.

k. **<u>CRIMINAL CASES: TRIAL BRIEFS</u>**. The Government counsel shall submit a copy of the Government's trial brief (marked confidential) to the Courtroom Administrator for submission to the trial judge. The original of the Government's trial brief shall be filed in open Court and a copy served upon defense counsel on the date of trial prior to trial commencement. Defense counsel may file a trial brief. If defense counsel elects to file a trial brief, the same shall be filed and served upon Government counsel prior to the defense commencing its side of the case.

9. <u>TRIAL SCHEDULE</u>. Trial will generally begin at 9:00 a.m. and end at 5:00 p.m. Monday through Friday. However, parties should plan to be available between 8:00 a.m. and 9:00 a.m. each day of trial to address matters outside the presence of the jury. This standard trial schedule may be modified for good cause, however requests should be submitted at Calendar Call or before the written trial schedule is issued to jurors.

10. <u>USE OF EVIDENCE DISPLAY EQUIPMENT</u>. Counsel wishing to use the Court's evidence display equipment should contact the Courtroom Administrator during the week before trial for training or instruction and availability for use at trial.

11. <u>EXPEDITED OR DAILY TRANSCRIPTS.</u> Any party that will require expedited or daily transcripts shall notify the ***Electronic Court Recorder Operator (ECRO), at 702-464-5434,*** immediately upon receipt of this order. The ECRO will provide instructions with respect to expedited or daily transcripts. Failure to timely notify the ECRO may result in an inability to provide expedited or daily transcripts.

12. <u>SANCTIONS</u>. As provided for under the Local Rules of Practice of this Court, the Court will consider the imposition of sanctions against any attorney or party appearing pro se who (1) fails to timely comply with the provisions of this Order including, but not limited to, the failure to

appear for Calendar Call without having been excused by the Court or the clerk with the permission of the Court; or (2) fails to timely comply with any other order that schedules deadlines for trial preparation.

13. TRIAL JUDGE. Although the cases listed on the attached trial calendar are assigned to the undersigned, the cases may proceed to trial before another Nevada district judge or a visiting district judge.

14. CONSENT TO TRIAL BEFORE A MAGISTRATE JUDGE. All parties in civil actions are reminded of their right, subject to the approval of the undersigned, to consent to trial before a United States Magistrate Judge pursuant to Title 28, United States Code, Section 636(c)(2). The right to proceed before a magistrate judge in a civil case includes those cases which will be tried before a jury as well as those cases to be tried before the Court sitting without a jury. Any appeal from a judgment resulting in a trial before a magistrate judge shall be taken directly to the United States Court of Appeals.

15. CONTACT PERSON. All questions and information regarding the trial calendar are to be directed to **MICHAEL ZADINA**, Courtroom Administrator, at Mike_Zadina@nvd.uscourts.gov or (702) 464-5423.

16. The date of the Clerk's file mark shall constitute the date of this Order.

IT IS SO ORDERED.

/S/
**GLORIA M. NAVARRO**
**UNITED STATES DISTRICT JUDGE**

accepted for value

December 2012

I am: a man known as

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
LAS VEGAS, NEVADA
COURTROOM 7D

**THURSDAY, JANUARY 3, 2013**

PRESENT:
THE HONORABLE GLORIA M. NAVARRO, U.S. DISTRICT JUDGE

| | | |
|---|---|---|
| Michael Zadina | | Araceli Bareng |
| Courtroom Administrator | Law Clerk(s) | Reporter/Recorder |

**9:00 A.M.**

2:11-cr-00386-GMN -GWF

**CALENDAR CALL**

UNITED STATES OF AMERICA
v.
PAUL SEIFERT (1)
(On Release)

COUNSEL FOR GOVERNMENT:
Andrew Duncan, AUSA

COUNSEL FOR DEFENDANT:
Richard Schonfeld, Esq.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
LAS VEGAS, NEVADA
COURTROOM 7D

**THURSDAY, JANUARY 3, 2013**

PRESENT:
THE HONORABLE GLORIA M. NAVARRO, U.S. DISTRICT JUDGE

| Michael Zadina<br>Courtroom Administrator | Law Clerk(s) | Araceli Bareng<br>Reporter/Recorder |
|---|---|---|

**9:00 A.M.**

2:11-cv-00625-GMN-CWH

ALISSA COOLEY
v.
ALESSI & KOENIG, LLC

**CALENDAR CALL**

COUNSEL FOR PLAINTIFF(s):
Mark Bourassa, Esq.
Trent Richards, Esq.

COUNSEL FOR DEFENDANT(s):
Robert Koenig, Esq.
Thomas Bayard, Esq.
Ryan Kerbow, Esq.

Case 2:12-cr-00416-GMN-VCF Document 11 Filed 12/18/12 Page 8 of 14

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
LAS VEGAS, NEVADA
COURTROOM 7D

**THURSDAY, JANUARY 3, 2013**

PRESENT:
THE HONORABLE GLORIA M. NAVARRO, U.S. DISTRICT JUDGE

| Michael Zadina<br>Courtroom Administrator | Law Clerk(s) | Araceli Bareng<br>Reporter/Recorder |
|---|---|---|

**9:00 A.M.**

2:12-cr-00278-GMN-PAL

UNITED STATES OF AMERICA
v.
LOUIS DIAZ (1)
(In Custody)
INTERPRETER

**CALENDAR CALL**

COUNSEL FOR GOVERNMENT:
Rob MacDonald, AUSA
Brandon Jaroch, AUSA

COUNSEL FOR DEFENDANT:
Raquel Lazo, AFPD

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
LAS VEGAS, NEVADA
COURTROOM 7D

**THURSDAY, JANUARY 3, 2013**

PRESENT:
THE HONORABLE GLORIA M. NAVARRO, U.S. DISTRICT JUDGE

| | | |
|---|---|---|
| Michael Zadina<br>Courtroom Administrator | Law Clerk(s) | Araceli Bareng<br>Reporter/Recorder |

**9:00 A.M.**

2:12-cr-00290-GMN-CWH

**CALENDAR CALL**

UNITED STATES OF AMERICA
v.
ELVIS MANUEL RUVALCABA (1)
(In Custody)

COUNSEL FOR GOVERNMENT:
Pamela Martin, AUSA
Amber Craig, AUSA

COUNSEL FOR DEFENDANT:
Raquel Lazo, AFPD
Rebecca Rosenstein, AFPD

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
LAS VEGAS, NEVADA
COURTROOM 7D

**THURSDAY, JANUARY 3, 2013**

PRESENT:
THE HONORABLE GLORIA M. NAVARRO, U.S. DISTRICT JUDGE

| | | |
|---|---|---|
| Michael Zadina | | Araceli Bareng |
| Courtroom Administrator | Law Clerk(s) | Reporter/Recorder |

**9:00 A.M.**

| | |
|---|---|
| 2:12-cr-00369-GMN-PAL | UNITED STATES OF AMERICA<br>v.<br>ARTURO CERVANTES-NARANJO (1)<br>(In Custody)<br>INTERPRETER |
| **CALENDAR CALL** | |
| COUNSEL FOR GOVERNMENT:<br>Brandon Jaroch, AUSA | COUNSEL FOR DEFENDANT:<br>Ryan Alexander, Esq. |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
LAS VEGAS, NEVADA
COURTROOM 7D

**THURSDAY, JANUARY 3, 2013**

PRESENT:
THE HONORABLE GLORIA M. NAVARRO, U.S. DISTRICT JUDGE

| Michael Zadina<br>Courtroom Administrator | Law Clerk(s) | Araceli Bareng<br>Reporter/Recorder |
|---|---|---|

**9:00 A.M.**

2:12-cr-00412-GMN-PAL

UNITED STATES OF AMERICA
v.
LUIS JIMENEZ-CALVO (1)
(In Custody)
INTERPRETER

**CALENDAR CALL**

COUNSEL FOR GOVERNMENT:
Robert Bork, AUSA
Brandon Jaroch, AUSA

COUNSEL FOR DEFENDANT:
Heidi Ojeda, AFPD

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
LAS VEGAS, NEVADA
COURTROOM 7D

**THURSDAY, JANUARY 3, 2013**

PRESENT:
THE HONORABLE GLORIA M. NAVARRO, U.S. DISTRICT JUDGE

Michael Zadina
Courtroom Administrator

Law Clerk(s)

Araceli Bareng
Reporter/Recorder

**9:00 A.M.**

2:12-cr-00416-GMN-VCF

UNITED STATES OF AMERICA
v.
SAMUEL LYNN DAVIS (1)
(In Custody)

**CALENDAR CALL**

COUNSEL FOR GOVERNMENT:
J. Damm, AUSA

COUNSEL FOR DEFENDANT:
Charles Kelly, Esq.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
LAS VEGAS, NEVADA
COURTROOM 7D

**THURSDAY, JANUARY 3, 2013**

PRESENT:
THE HONORABLE GLORIA M. NAVARRO, U.S. DISTRICT JUDGE

| | | |
|---|---|---|
| Michael Zadina<br>Courtroom Administrator | Law Clerk(s) | Araceli Bareng<br>Reporter/Recorder |

**9:00 A.M.**

2:12-cr-00421-GMN-GWF

**CALENDAR CALL**

UNITED STATES OF AMERICA
v.
DARIO LOPEZ-ARELLANO (1)
(In Custody)
INTERPRETER

COUNSEL FOR GOVERNMENT:
Robert Bork, AUSA
Brandon Jaroch, AUSA

COUNSEL FOR DEFENDANT:
Paul Riddle, AFPD

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
LAS VEGAS, NEVADA
COURTROOM 7D

**THURSDAY, JANUARY 3, 2013**

PRESENT:
THE HONORABLE GLORIA M. NAVARRO, U.S. DISTRICT JUDGE

| Michael Zadina<br>Courtroom Administrator | Law Clerk(s) | Araceli Bareng<br>Reporter/Recorder |
|---|---|---|

**9:00 A.M.**

2:12-cr-00435-GMN-CWH

**CALENDAR CALL**

UNITED STATES OF AMERICA
v.
DAVID SAPPER (1)
(On Bond)

COUNSEL FOR GOVERNMENT:
Cristina Silva, AUSA

COUNSEL FOR DEFENDANT:
Gabriel Grasso, Esq.