**I am: Samuel-lynn:davis**
**for SAMUEL LYNN DAVIS**
**#43741048**
**in care of: Nevada Southern Detention Center**
**2190 East Mesquite Avenue**
**Pahrump, NV 89060**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | **CASE NO. 2:12-CR-416-GMN-VCF** |
| **vs** | |
| | **NOTICE OF ACCEPTANCE FOR VALUE OF JUDGMENT IN A CRIMINAL CASE** |
| **SAMUEL LYNN DAVIS,** | |
| **Defendant.** | |

I am: a man known as Samuel-lynn: family of davis, hereinafter "Samuel",coming before the court on behalf of SAMUEL LYNN DAVIS, entity unknown, for the purpose of entering the following Notice as entitled above. I am accepts for value the Judgment in a Criminal Case entered on or about March 6, 2013 by Judge Gloria Navarro in the above numbered matter. Said acceptance for value is in accord with Public Policy and the same is returned to the Clerk of the Court for settlement, discharge and closure forthwith. I am requests the ORDER OF THE COURT releasing I am: Samuel-lynn immediately. Finally, I hereby request the cash amount of the underlying bond in this matter as well as the identification of where and which Comprehensive Annual Financial Report the said cash amount is held and reported to the Internal Revenue Service.

RESPECTFULLY SUBMITTED on this the 10th day of April, 2013.

for SAMUEL LYNN DAVIS

**CERTIFICATE OF MAILING**

I am: a man known as Samuel-lynn, and on April 10th, 2013, I caused to be sent the pleading herein entitled and enclosed as well as all documents served in this matter Accepted for Value, to be sent to the Clerk of the Court for appropriate distribution via electronic filing to the Court and the United States Attorney's office by U.S. Mail, first-class.

Respectfully submitted,

I am: Lynn