**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>SAMUEL LYNN DAVIS,<br><br>            Defendants. | Case No. 2:12–cr–416–GMN–VCF<br><br>**ORDER AND<br>REPORT & RECOMMENDATION** |

On March 7, 2013, judgment was entered against Samuel Lynn Davis for money laundering. (*See* Doc. #20). Now, Davis moves the court to (1) strike documents related to a report and recommendation and (2) dismiss the indictment because this court is not a true Article III court.

These motions are moot. Judgment has been entered, Davis has been sentenced, and the time to appeal has elapsed. (*See* Doc. #20). The court's judgment is final.

ACCORDINGLY, and for good cause shown,

IT IS ORDERED that Davis' Motion to Strike (#35) is DENIED.

IT IS RECOMMENDED that Davis' Motion to Dismiss (#36) be DENIED.

DATED this 30th day of December, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE