# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,          )
                                                )    Case No.:  2:12-cr-00416-GMN-VCF
              Plaintiff,          )
     vs.                             )    **ORDER ACCEPTING REPORT &**
                                               )    **RECOMMENDATION OF MAGISTRATE**
SAMUEL LYNN DAVIS,          )    **JUDGE CAM FERENBACH**
                                               )
             Defendant.          )
_____ )

Before the Court for consideration is the Report and Recommendation (ECF No. 38) of the Honorable Cam Ferenbach, United States Magistrate Judge, entered on December 30, 2014, ordering denial of Defendant's Motion to Strike Record for Good Cause Shown (ECF No. 35), and recommending denial of Defendant's Renewed Motion to Dismiss Indictment for Good Cause (ECF No. 36).

Pursuant to Local Rule IB 3-2(a), objections were due by January 16, 2015.  Defendant's untimely objections were filed on January 26, 2015.  The Government filed their Response to Defendant's untimely objections on January 27, 2015 (ECF No. 43).  In accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, the Court has reviewed the record in this case and has determined that Magistrate Judge Ferenbach's Order and Report & Recommendation should be **ACCEPTED and ADOPTED in full**.

**IT IS THEREFORE ORDERED** that Defendant's Renewed Motion to Dismiss Indictment for Good Cause (ECF No. 36), is hereby **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's Motion to Extend Time to Respond for Good Cause (ECF No. 42) is also **DENIED**.

**DATED** this 25th day of February, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court